**FILED**
JUL 20 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**
2010 JUL 15 A 10:52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1
2
3  SAMSUNG ELECTRONICS CO., LTD.,    E-filing
4  a Korean corporation,
5                                     CV 10 3098
6            Plaintiff(s),             CASE NO.
         v.                                              DMR
7  PANASONIC CORPORATION;             ~~(Proposed)~~
   PANASONIC CORPORATION OF           ORDER GRANTING APPLICATION
8  NORTH AMERICA; and SD-3C LLC.      FOR ADMISSION OF ATTORNEY
9                                     *PRO HAC VICE*
10 _____Defendant(s)._____/
11    Timothy C. Hester              , an active member in good standing of the bar of
12    the District of Columbia        whose business address and telephone number
   (particular court to which applicant is admitted)
13 is Covington & Burling LLP
      1201 Pennsylvania Ave, NW
14    Washington, DC 20004
15    202.662.5324                                                     , having applied in the
16 above-entitled action for admission to practice in the Northern District of California on a *pro hac*
17 *vice* basis, representing  Samsung Electronics Co., Ltd.
18         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
19 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
20 *vice* . Service of papers upon and communication with co-counsel designated in the application
21 will constitute notice to the party. All future filings in this action are subject to the requirements
22 contained in General Order No. 45, *Electronic Case Filing* .
23
24 Dated: July 20, 2010
25                                              United States Magistrate Judge
26
27
28

**United States District Court** — **For the Northern District of California**