**FILED**

JUL 20 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED 2010 JUL 15 A 10:54 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMSUNG ELECTRONICS CO., LTD.,
a Korean corporation,

        Plaintiff(s),

v.

PANASONIC CORPORATION;
PANASONIC CORPORATION OF
NORTH AMERICA; and SD-3C LLC.

        Defendant(s).
_____/

CASE NO. CV 10 3098 ~~(Proposed)~~ DMR

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Derek Ludwin, an active member in good standing of the bar of the District of Columbia (particular court to which applicant is admitted) whose business address and telephone number is Covington & Burling LLP, 1201 Pennsylvania Ave, NW, Washington, DC 20004, 202.662.5429, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Samsung Electronics Co., Ltd.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 20, 2010

United States Magistrate Judge

United States District Court
For the Northern District of California