**FILED**

JUL 2 0 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing RECEIVED
2010 JUL 15 A 10:56
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTH DIST. OF CA. SAN JOSE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SAMSUNG ELECTRONICS CO., LTD.,
a Korean corporation,

Plaintiff(s),

v.

PANASONIC CORPORATION;
PANASONIC CORPORATION OF
NORTH AMERICA; and SD-3C LLC.

Defendant(s).

CASE NO.

CV 10 3098   DMR

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Monique Mendez O'Donghue , an active member in good standing of the bar of

the District of Columbia whose business address and telephone number

(particular court to which applicant is admitted)

is  Covington & Burling LLP
1201 Pennsylvania Ave, NW
Washington, DC 20004
202.662.5869

, having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing  Samsung Electronics Co., Ltd.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .

Dated: July 20, 2010

United States Magistrate Judge