ALDO A. BADINI (Bar No. 257086)
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
Email: abadini@dl.com

Attorneys for Defendants,
PANASONIC CORPORATION
PANASONIC CORPORATION OF NORTH AMERICA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>PANASONIC CORPORATION, a Japanese corporation; PANASONIC CORPORATION OF NORTH AMERICA, a Delaware corporation; and SD-3C LLC, a Delaware limited liability company,<br>　　　　　　Defendants. | No. CV 10-3098 JSW<br><br>**JOINT STIPULATION AND PROPOSED SCHEDULING ORDER** |

JOINT STIPULATION AND PROPOSED SCHEDULING ORDER　　　　　　　Case No. 10-3098 JSW

WHEREAS counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America and Plaintiff Samsung Electronics Co., Ltd., have conferred regarding service and the scheduling of any motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES HERETO, through their respective counsel, that:

(1) Panasonic Corporation waives service under the Hague Convention and authorizes Dewey & LeBoeuf LLP to accept service on its behalf, and Dewey & LeBoeuf LLP hereby accepts service.

(2) The time for all Defendants to move, answer, or otherwise respond to the Complaint filed in the above-captioned matter shall be extended to and include September 24, 2010.

(3) In the event a Defendant files a motion or otherwise responds rather than answering the Complaint, Plaintiff's time to file any oppositions or other response to any such motion(s) or response(s) shall be extended to and include November 23, 2010, and Defendants' time to file any reply to such opposition or other response shall be extended to and include December 28, 2010.

(4) Any such motions to dismiss filed by Defendants will be noticed for hearing on a date consistent with N.D. Cal. Local Rule 7 and the Court's schedule, to be agreed to by the parties.

Plaintiff and Defendants Panasonic Corporation and Panasonic Corporation of North America respectfully request that the Court approve this Stipulated and Proposed Scheduling Order. Defendant SD-3C, LLC, which has been served with process but which has not retained trial counsel, has authorized counsel for Panasonic Corporation and Panasonic Corporation of North America to state that SD-3C consents to the Court's entry of this Stipulation and Proposed Scheduling Order, with the understanding that the extensions set forth herein shall apply to SD-3C also.

Respectfully submitted,

Dated: August 3, 2010

|   |   |
|---|---|
|   | DEWEY & LEBOEUF LLP |
|   | By:  s/Aldo A. Badini |
|   | Aldo A. Badini (Bar No. 257086)<br>1301 Avenue of the Americas<br>New York, NY  10019<br>Telephone:  (212) 259-8000<br>Facsimile:   (212) 259-6333<br>Email:  abadini@dl.com |
|   | Attorneys for Defendants,<br>Panasonic Corporation and Panasonic Corporation of North America |
|   | COVINGTON & BURLING LLP |
|   | By:  s/Simon J. Frankel<br>Simon J. Frankel<br>Evan Robert Cox<br>One Front Street<br>San Francisco, CA 94111-5356<br>Telephone:  (415) 591-6000<br>Facsimile:  (415) 591-6091 |
|   | Derek Ludwin<br>Jonathan Gimblett<br>Monique Mendez O'Donoghue<br>Timothy C. Hester<br>1201 Pennsylvania Ave., NW<br>Washington, DC 20004<br>Telephone:  (202) 662-6000<br>Facsimile:  (202) 662-6291 |
|   | Attorneys for Plaintiff,<br>Samsung Electronics Co., Ltd. |

Pursuant to stipulation of the parties, IT IS SO ORDERED.

Dated:  __August 4__, 2010

_____
Hon. Jeffrey S. White
United States District Court