1 | ALDO A. BADINI (SBN 257086)
Dewey & LeBoeuf LLP
2 | 1950 University Avenue, Suite 500
East Palo Alto, CA 94303
3 | Telephone: (650) 845-7000
Facsimile: (650) 845-7333
4 | Email: abadini@dl.com

5 | Counsel for Defendants
PANASONIC CORPORATION
6 | PANASONIC CORPORATION OF NORTH AMERICA

7 | CHRISTOPHER B. HOCKETT (SBN 121539)
Davis Polk & Wardwell LLP
8 | 1600 El Camino Real
Menlo Park, California 94025
9 | Telephone: (650) 752-2000
Facsimile: (650) 752-2111

10 |

11 | Counsel for Defendant
SD-3C, LLC

12 | SIMON J. FRANKEL
Covington & Burling LLP
13 | One Front Street
San Francisco, CA 94111-5356
14 | Telephone: (415) 591-6000
Facsimile: (415) 591-6091

15 |

16 | Counsel for Plaintiff
SAMSUNG ELECTRONICS CO., LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Plaintiff,<br><br>v.<br><br>PANASONIC CORPORATION, a Japanese corporation; PANASONIC CORPORATION OF NORTH AMERICA, a Delaware corporation; and SD-3C LLC, a Delaware limited liability company,<br><br>Defendants. | No. CV 10-3098 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS BRIEFING** |

---

JOINT STIPULATION AND [PROPOSED] ORDER                              Case No. 10-3098 JSW
REGARDING MOTION TO DISMISS BRIEFING

1   WHEREAS, pursuant to a joint stipulation between the parties, which was So
2   Ordered by the Court on August 4, 2010, the deadline for Defendants Panasonic Corporation,
3   Panasonic Corporation of North America, and SD-3C LLC to file motions to dismiss the
4   Complaint in the above-captioned matter is September 24, 2010;

5   WHEREAS counsel for Defendants Panasonic Corporation and Panasonic
6   Corporation of North America, counsel for Defendant SD-3C LLC, and counsel for Plaintiff
7   Samsung Electronics Co., Ltd., have conferred regarding the length of briefs in connection with
8   motion to dismiss briefing;

9   WHEREAS counsel for the parties agree that it would be most efficient and
10  convenient for the Court and the parties for (i) Defendants to submit a single joint motion to
11  dismiss the Complaint and consolidated memorandum of points and authorities in support of
12  their joint motion, rather than individual motions and memoranda; (ii) Plaintiff to submit a
13  single opposition to Defendants' joint motion to dismiss; and (iii) Defendants to submit a single
14  consolidated reply to Plaintiff's opposition;

15  WHEREAS, pursuant to the Court's Civil Standing Orders, each Defendant
16  would be permitted to submit a 15 page brief in support of an individual motion to dismiss, for
17  a total of 45 pages, and Plaintiff would be permitted 15 pages in opposition to each individual
18  motion, for a total of 45 pages;

19  WHEREAS counsel for the parties agree that it would be appropriate to preserve
20  the 45 pages in aggregate briefing that the parties would have enjoyed pursuant to the Court's
21  Civil Standing Orders, and, additionally, that Defendants have asserted that the complexity of
22  the issues presented in the Complaint warrant an additional five pages of briefing for
23  Defendants in support of their joint motion to dismiss and an additional five pages of briefing
24  for Plaintiff in opposition, for a total of fifty (50) pages for each brief.  The parties further agree
25  that the page limit for Defendants' reply should be twenty-five (25) pages (which is less than
26  the aggregate 45 pages that would be permissible in three separate replies of Defendants under
27  the Court's Civil Standing Orders);

28

**Dewey & LeBoeuf LLP**
1950 University Avenue, Suite 500
East Palo Alto, CA 94303

2

JOINT STIPULATION AND [PROPOSED] ORDER                         Case No. 10-3098 JSW
REGARDING MOTION TO DISMISS BRIEFING

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES HERETO, through their respective counsel, that:

(1) Defendants Panasonic Corporation, Panasonic Corporation of North America, and SD-3C LLC may submit a consolidated memorandum of points and authorities in support of their joint motion to dismiss the Complaint, which shall not exceed ~~fifty (50)~~ 30 pages of text.

(2) Plaintiff Samsung Electronics Co., Ltd.'s, opposition to Defendants' joint motion to dismiss shall not exceed ~~fifty (50)~~ 30 pages of text.

(3) Defendants' reply in support of their joint motion to dismiss shall not exceed ~~twenty-five (25)~~ 20 pages of text.

Dated:  September 17, 2010                    Respectfully submitted,

DEWEY & LEBOEUF LLP

By:   s/Aldo A. Badini

    Aldo A. Badini (SBN 257086)
    Dewey & LeBoeuf LLP
    1950 University Avenue, Suite 500
    East Palo Alto, CA 94303
    Telephone:  (650) 845-7000
    Facsimile:   (650) 845-7333
    Email:  abadini@dl.com

    Counsel for Defendants
    Panasonic Corporation and
    Panasonic Corporation of North America

DAVIS POLK & WARDWELL LLP

By:   s/ Christopher B. Hockett
    Christopher B. Hockett (SBN 121539)
    Neal A. Potischman (SBN 254862)
    Samantha H. Knox (SBN 254427)
    1600 El Camino Real
    Menlo Park, California  94025
    Telephone:     (650) 752-2000
    Facsimile:      (650) 752-2111

    Counsel for Defendant SD-3C, LLC

*Pursuant to General Order No. 45 § X.B., the filer attests that concurrence in the filing of this document has been obtained from the above signatory.*

Dewey & LeBoeuf LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303

Dewey & LeBoeuf LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303

COVINGTON & BURLING LLP

By:  s/Simon J. Frankel
Simon J. Frankel
Evan Robert Cox
One Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Derek Ludwin
Jonathan Gimblett
Monique Mendez O'Donoghue
Timothy C. Hester
1201 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Counsel for Plaintiff
Samsung Electronics Co., Ltd.

*Pursuant to General Order No. 45 § X.B., the filer attests that concurrence in the filing of this document has been obtained from the above signatory.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED.

Dated: September 20, 2010

_____
Hon. Jeffrey S. White
United States District Court