IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., | |
| Plaintiff, | No. C 10-03098 JSW |
| v. | |
| PANASONIC CORPORATION, et al., | **ORDER SETTING BRIEFING SCHEDULE** |
| Defendants. | |

This matter is set for a hearing on January 14, 2011 on Defendants' motion to dismiss. The Court HEREBY ORDERS that any opposition to this motions shall be filed by no later than October 12, 2010 and Defendants' reply, if any, shall be filed by no later than October 19, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.  If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 28, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE