SIMON J. FRANKEL (Bar No. 171552)
EVAN R. COX (Bar No. 133229)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111
Telephone:   (415) 591-6000
Facsimile:    (415) 591-6091
Email:          sfrankel@cov.com
                    ecox@cov.com

TIMOTHY C. HESTER*
DEREK LUDWIN*
JONATHAN GIMBLETT*
MONIQUE M. O'DONOGHUE*
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2401
Telephone:   (202) 662-6000
Facsimile:    (202) 662-6291
Email:          thester@cov.com

* *Admitted pro hac vice*

Attorneys for Plaintiff
SAMSUNG ELECTRONICS CO., LTD.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PANASONIC CORPORATION, a Japanese corporation; PANASONIC CORPORATION OF NORTH AMERICA, a Delaware corporation; and SD-3C LLC, a Delaware limited liability company,<br><br>    Defendants. | No. CV 10-3098 JSW<br><br>**JOINT STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

1  WHEREAS on August 4, 2010, the Court So Ordered the joint stipulation and
2  briefing schedule agreed to by the parties providing that Plaintiff's opposition or other response
3  to Defendants' motion to dismiss shall be filed no later than November 23, 2010 and
4  Defendants' reply to such opposition or other response shall be filed no later than
5  December 28, 2010 (Docket Entry # 31);
6  WHEREAS on September 28, 2010, the Court issued an order setting a briefing
7  schedule ordering that Plaintiff's opposition shall be filed by no later than October 12, 2010 and
8  Defendants' reply, if any, shall be filed by no later than October 19, 2010;
9  NOW THEREFORE, Plaintiff Samsung Electronics Co. Ltd. and Defendants
10 Panasonic Corporation, Panasonic Corporation of North America, and SD-3C LLC respectfully
11 request that the Court approve this Stipulated and Proposed Scheduling Order providing for the
12 briefing schedule previously set forth and So Ordered by the Court at Docket Entry # 31:
13 Plaintiff's opposition or other response to Defendants' motion to dismiss shall be filed by no
14 later than November 23, 2010, and Defendants' reply or other response shall be filed by no later
15 than December 28, 2010.

DATED: October 1, 2010   Respectfully submitted,

COVINGTON & BURLING LLP

By: _____/s/_____
    Simon J. Frankel (Bar No. 171552)
    Evan Robert Cox (Bar No. 133229)
    One Front Street
    San Francisco, CA 94111-5356
    Telephone: (415) 591-6000
    Facsimile: (415) 591-6091

    Derek Ludwin
    Timothy C. Hester
    Jonathan Gimblett
    Monique Mendez O'Donoghue
    1201 Pennsylvania Ave., NW
    Washington, DC 20004
    Telephone: (202) 662-6000
    Facsimile: (202) 662-6291

```
                              Attorneys for Plaintiff,
                              Samsung Electronics Co., Ltd.


                              DEWEY & LEBOEUF LLP

                              By:        /s/
                                 Aldo A. Badini (Bar No. 257086)
                                 Dewey & LeBoeuf LLP
                                 1950 University Avenue
                                 Suite 500
                                 East Palo Alto, CA 94303
                                 Telephone: (650) 845 7000
                                 Facsimile: (650) 845 7333

                                 Attorneys for Defendants,
                                 Panasonic Corporation and Panasonic
                                 Corporation of North America


                              DAVIS POLK & WARDWELL LLP

                              By:        /s/
                                  Christopher B. Hockett (SBN 121539)
                                  Neal A. Potischman (SBN 254862)
                                  Samantha H. Knox (SBN 254427)
                                  1600 El Camino Real
                                  Menlo Park, California 94025
                                  Telephone: (650) 752-2000
                                  Facsimile: (650) 752-2111

                                  Attorneys for Defendant SD-3C, LLC
```

## **ORDER**

Pursuant to stipulation of the parties, IT IS SO ORDERED. Plaintiff's opposition or other response to Defendants' motion to dismiss shall be filed by no later than November 23, 2010, and Defendants' reply or other response shall be filed by no later than December 28, 2010.

Dated: __October 5__, 2010

_____
Hon. Jeffrey S. White
United States District Court

JOINT STIPULATION AND [PROPOSED] ORDER RE     3     Case No. 10-3098 JSW
BRIEFING SCHEDULE FOR MOTION TO DISMISS