ALDO A. BADINI (SBN 257086)
Dewey & LeBoeuf LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Telephone: (650) 845-7050
Facsimile: (650) 845-7333
Email: abadini@dl.com

Counsel for Defendants
PANASONIC CORPORATION
PANASONIC CORPORATION OF NORTH AMERICA

CHRISTOPHER B. HOCKETT (SBN 121539)
Davis Polk & Wardwell LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Counsel for Defendant
SD-3C, LLC

SIMON J. FRANKEL
Covington & Burling LLP
One Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Counsel for Plaintiff
SAMSUNG ELECTRONICS CO., LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, <br><br> Plaintiff, <br><br> v. <br><br> PANASONIC CORPORATION, a Japanese corporation; PANASONIC CORPORATION OF NORTH AMERICA, a Delaware corporation; and SD-3C LLC, a Delaware limited liability company, <br><br> Defendants. | No. CV 10-3098 JSW <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE SCHEDULING** |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING     Case No. 10-3098 JSW

WHEREAS, pursuant to the parties' Joint Stipulation and Proposed Scheduling Order, which the Court So Ordered on August 4, 2010, Defendants Panasonic Corporation, Panasonic Corporation of North America, and SD-3C LLC, filed their Joint Notice of Motion and Motion to Dismiss the Complaint in the above-captioned matter on September 24, 2010;

WHEREAS Plaintiff Samsung Electronics Co., Ltd., filed its First Amended Complaint on October 14, 2010;

WHEREAS Defendants intend to file a joint motion to dismiss the First Amended Complaint;

WHEREAS counsel for Defendants and counsel for Plaintiff have conferred regarding the time for Defendants to file their joint motion to dismiss, and have agreed to the schedule set forth below;

WHEREAS, pursuant to the Court's July 26, 2010 Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement, the Case Management Conference is currently scheduled for November 5, 2010;

WHEREAS counsel for Defendants and counsel for Plaintiff have conferred regarding the Case Management Conference, and have agreed that it would be most efficient and convenient for the Court and the parties for the Case Management Conference to be held on the same date as oral argument on Defendants' joint motion to dismiss the First Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES HERETO, through their respective counsel, that:

(1) The January 14, 2011 hearing date for Defendants' Joint Motion to Dismiss the Complaint shall be vacated.

(2) Defendants shall file their joint motion to dismiss the First Amended Complaint on or before December 1, 2010.

(3) Plaintiff shall file its opposition to Defendants' joint motion to dismiss on or before February 15, 2011.

2

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING

Case No. 10-3098 JSW

   (4) Defendants shall file their reply in support of their joint motion to dismiss on or before March 8, 2011.

   (5) Oral argument on Defendants' joint motion to dismiss the First Amended Complaint shall be scheduled for April 8, 2011, at 9:00 a.m.

   (6) The page limits set forth in the Court's September 20, 2010 Order shall apply to the parties' briefing of Defendants' joint motion to dismiss the First Amended Complaint.

   (7) The previously assigned Case Management Conference dates shall be vacated, and the Case Management Conference shall be held on the same date as oral argument on Defendants' joint motion to dismiss the First Amended Complaint.

   (8) Should the date for such oral argument be rescheduled to a subsequent date, the Case Management Conference date shall be also rescheduled to such subsequent date.

   (9) The parties' Joint Case Management Statement shall be due five (5) court days before the date of the Case Management Conference.

   (10) The parties' ADR stipulation and respective ADR Certifications shall be due five (5) court days before the date of the Case Management Conference.

Dated:  October 21, 2010      Respectfully submitted,

             DEWEY & LEBOEUF LLP

             By: s/Aldo A. Badini

              Aldo A. Badini (SBN 257086)
              Dewey & LeBoeuf LLP
              1950 University Avenue, Suite 500
              East Palo Alto, CA 94303
              Telephone:  (650) 845-7050
              Facsimile:   (650) 845-7333
              Email:  abadini@dl.com

              Counsel for Defendants
              Panasonic Corporation and
              Panasonic Corporation of North America

JOINT STIPULATION AND              Case No. 10-3098 JSW
[PROPOSED] ORDER REGARDING SCHEDULING

*Dewey & LeBoeuf LLP*
*1950 University Avenue, Suite 500*
*East Palo Alto, CA 94303*

DAVIS POLK & WARDWELL LLP

By: s/ Christopher B. Hockett
    Christopher B. Hockett (SBN 121539)
    Neal A. Potischman (SBN 254862)
    Samantha H. Knox (SBN 254427)
    1600 El Camino Real
    Menlo Park, California 94025
    Telephone: (650) 752-2000
    Facsimile: (650) 752-2111

Counsel for Defendant SD-3C, LLC

*Pursuant to General Order No. 45 § X.B., the filer attests that concurrence in the filing of this document has been obtained from the above signatory.*

COVINGTON & BURLING LLP

By: s/Simon J. Frankel
    Simon J. Frankel
    Evan Robert Cox
    One Front Street
    San Francisco, CA 94111-5356
    Telephone: (415) 591-6000
    Facsimile: (415) 591-6091

    Derek Ludwin
    Jonathan Gimblett
    Monique Mendez O'Donoghue
    Timothy C. Hester
    1201 Pennsylvania Ave., NW
    Washington, DC 20004
    Telephone: (202) 662-6000
    Facsimile: (202) 662-6291

Counsel for Plaintiff
Samsung Electronics Co., Ltd.

*Pursuant to General Order No. 45 § X.B., the filer attests that concurrence in the filing of this document has been obtained from the above signatory.*

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __October 22__, 2010

    /s/ Jeffrey S. White
    Hon. Jeffrey S. White
    United States District Court

---

JOINT STIPULATION AND      Case No. 10-3098 JSW
[~~PROPOSED~~] ORDER REGARDING SCHEDULING

4

Dewey & LeBoeuf LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303