IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMSUNG ELECTRONICS CO., LTD.,

    Plaintiff,

    v.

PANASONIC CORPORATION, et al.,

    Defendants.
                           /

No. C 10-03098 JSW

**ORDER VACATING HEARING ON MOTION TO DISMISS**

        Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendants' Joint Motion to Dismiss the First Amended Complaint, which has been set for hearing on April 8, 2011 at 9:00 a.m., is appropriate for decision without oral argument.

        Accordingly, the motion hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers. Further, the case management conference set for April 8, 2011, is VACATED. The Court will address the date of the case management conference in the Order on the Motion to Dismiss.

        **IT IS SO ORDERED.**

Dated: March 31, 2011

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE