ALDO A. BADINI (SBN 257086)
Dewey & LeBoeuf LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Telephone: (650) 845-7050
Facsimile: (650) 845-7333
Email: abadini@dl.com

Counsel for Defendants
PANASONIC CORPORATION
PANASONIC CORPORATION OF NORTH AMERICA

CHRISTOPHER B. HOCKETT (SBN 121539)
Davis Polk & Wardwell LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Counsel for Defendant
SD-3C, LLC

SIMON J. FRANKEL
Covington & Burling LLP
One Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Counsel for Plaintiff
SAMSUNG ELECTRONICS CO., LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Plaintiff,<br><br>v.<br><br>PANASONIC CORPORATION, a Japanese corporation; PANASONIC CORPORATION OF NORTH AMERICA, a Delaware corporation; and SD-3C LLC, a Delaware limited liability company,<br><br>Defendants. | No. CV 10-3098 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS PAGE LIMITS** |

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING MOTION TO DISMISS PAGE LIMITS

Case No. 10-3098 JSW

Dewey & LeBoeuf LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303

1    WHEREAS the Court's August 25, 2011 Order dismissing the First Amended

2 Complaint in the above-captioned matter provided for Plaintiff Samsung Electronics Co., Ltd.,

3 to file its Second Amended Complaint on or before September 16, 2011, and for Defendants

4 Panasonic Corporation, Panasonic Corporation of North America, and SD-3C LLC to file their

5 response to the Second Amended Complaint within twenty days thereafter;

6    WHEREAS Plaintiff filed its Second Amended Complaint on September 16,

7 2011;

8    WHEREAS Defendants intend to file a joint motion to dismiss the Second

9 Amended Complaint;

10    WHEREAS counsel for Defendants and counsel for Plaintiff have conferred and

11 have agreed that given the nature of the issues being briefed and the fact that one joint brief

12 rather than two separate briefs will be submitted by Defendants, the page limits set forth in the

13 Court's September 20, 2010 Order setting the page limits for the briefing of Defendants' joint

14 motion to dismiss the original Complaint, which were also made applicable to the parties'

15 briefing of Defendants' joint motion to dismiss the First Amended Complaint pursuant to a

16 stipulation that was So Ordered by the Court on October 22, 2010, should also, with the Court's

17 consent, apply to the parties' briefing of Defendants' joint motion to dismiss the Second

18 Amended Complaint;

19    IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE

20 PARTIES HERETO, through their respective counsel, that the page limits set forth in the

21 Court's September 20, 2010 Order shall apply to the parties' briefing of Defendants' joint

22 motion to dismiss the Second Amended Complaint: namely, 30 pages for a joint opening

23 Defendants' brief; 30 pages for Plaintiff's opposition; and 20 pages for Defendants' joint reply.

Dewey & LeBoeuf LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303

Dated:  September 26, 2011	Respectfully submitted,

DEWEY & LEBOEUF LLP

By:  s/Aldo A. Badini

   Aldo A. Badini (SBN 257086)
   Dewey & LeBoeuf LLP
   1950 University Avenue, Suite 500
   East Palo Alto, CA 94303
   Telephone:  (650) 845-7050
   Facsimile:   (650) 845-7333
   Email:  abadini@dl.com

   Counsel for Defendants
   Panasonic Corporation and
   Panasonic Corporation of North America

DAVIS POLK & WARDWELL LLP

By:  s/ Christopher B. Hockett
   Christopher B. Hockett (SBN 121539)
   Neal A. Potischman (SBN 254862)
   Samantha H. Knox (SBN 254427)
   1600 El Camino Real
   Menlo Park, California  94025
   Telephone:       (650) 752-2000
   Facsimile:         (650) 752-2111

   Counsel for Defendant SD-3C, LLC

*Pursuant to General Order No. 45 § X.B., the filer attests that concurrence in the filing of this document has been obtained from the above signatory.*

COVINGTON & BURLING LLP

By:  s/Simon J. Frankel
   Simon J. Frankel
   Evan Robert Cox
   One Front Street
   San Francisco, CA 94111-5356
   Telephone:  (415) 591-6000
   Facsimile:  (415) 591-6091

   Derek Ludwin
   Jonathan Gimblett
   J. Maren Schmidt
   Timothy C. Hester
   1201 Pennsylvania Ave., NW
   Washington, DC 20004
   Telephone:  (202) 662-6000
   Facsimile:  (202) 662-6291

Counsel for Plaintiff
Samsung Electronics Co., Ltd.

*Pursuant to General Order No. 45 § X.B., the filer attests that concurrence in the filing of this document has been obtained from the above signatory.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 28, 2011

                                                                                     _____
                                                                                     Hon. Jeffrey S. White
                                                                                     United States District Court

Dewey & LeBoeuf LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303

4

JOINT STIPULATION AND [PROPOSED] ORDER                    Case No. 10-3098 JSW
REGARDING MOTION TO DISMISS PAGE LIMITS