QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

David A. Perlson (Cal. Bar No. 209502)
davidperlson@quinnemanuel.com
Kevin A. Smith (Cal. Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff
SAMSUNG ELECTRONICS CO., LTD.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Plaintiff,<br><br>v.<br><br>PANASONIC CORPORATION, a Japanese corporation; PANASONIC CORPORATION OF NORTH AMERICA, a Delaware corporation; and SD-3C LLC, a Delaware limited liability company.<br><br>Defendants. | CASE NO. 10-3098 JSW<br><br>**[PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE** |

1  Having read and considered the parties' Joint Administrative Motion To Set
2  Case Management Conference, and good cause appearing,
3
4  **IT IS HEREBY ORDERED THAT:**
5  The parties appear on <u>January 9, 2015</u> for a Case Management Conference.
6
7  DATED:  <u>December 5, 2014</u>    Signed: *Jeffrey S White*
8  The Hon. Jeffrey S. White
9  United States District Judge