IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br>         Plaintiff, <br><br>   v. <br><br> PANASONIC CORPORATION, et al., <br><br>         Defendants. | No. C 10-03098 JSW <br><br> **ORDER VACATING HEARING ON MOTION TO DISMISS** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has been noticed for hearing on Friday, May 8, 2015 at 9:00 a.m., is appropriate for decision without oral argument.  Accordingly, the hearing date is hereby VACATED.  The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: May 4, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE