IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> PANASONIC CORPORATION, a Japanese corporation, et al., <br><br> Defendants. | No. C 10-03098 JSW <br><br> **ORDER RE DEADLINE TO RESPOND TO OPERATIVE COMPLAINT** |

The Court has received the motion of Defendants Panasonic Corporation and SD-3C LLC for administrative relief regarding the time to answer Samsung's Third or Fourth Amended Complaint (Docket No. 168). The Court is disappointed that the parties were unable to resolve this issue without assistance from this Court, and also disappointed by the timing of the motion.

To resolve any ambiguity in the September 30, 2015 Order, the Court hereby CLARIFIES, sua sponte, that Defendants' deadline to respond to Samsung's operative Complaint is November 4, 2015, or fourteen days after Samsung files its Fourth Amended Complaint, whichever is earlier.

In light of this sua sponte clarification, Defendants' administrative motion (Docket No. 168) is denied as moot.

**IT IS SO ORDERED.**

Dated: October 14, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE