IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> PANASONIC CORPORATION, a Japanese corporation, et al., <br><br> Defendants. <br> _____ / | No. C 10-03098 JSW <br><br> **ORDER RE MOTION TO LIFT DISCOVERY STAY** |

The Court has received the motion of Plaintiff Samsung Electronics Co. to lift the stay of discovery (Docket No. 169). This motion was filed as an administrative motion. An opposed request to lift a stay is not properly filed as a motion for administrative relief pursuant to Northern District of California Civil Local Rule 7-11. Accordingly, the Court STRIKES the motion to lift the stay of discovery (Docket No. 169). Plaintiff may file a renewed motion that is properly noticed for a hearing date not less than 35 days after the filing of the motion, in compliance with this Court's local rules and standing orders.

**IT IS SO ORDERED.**

Dated: October 14, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE