IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>         Plaintiff,<br><br>   v.<br><br> PANASONIC CORPORATION, a Japanese corporation, et al.,<br><br>         Defendants. | No. C 10-03098 JSW<br><br>**ORDER RE ADMINISTRATIVE MOTIONS**<br><br>Docket Nos. 178, 180 |

On October 14, 2015, Toshiba Corporation filed a motion to intervene and stay proceedings pending arbitration. The motion was accompanied by an administrative motion to file portions of the motion, as well as two exhibits, under seal. On October 19, 2015, Panasonic Corporation and Panasonic Corporation of North America filed a memorandum in opposition to Toshiba's administrative motion to file under seal.

Now before the Court are: (1) Toshiba's motion for leave to file a reply in support of its motion to seal (Docket No. 178) and (2) Samsung Electronics Co.'s motion for leave to file a response in support of Toshiba's motion to seal (Docket No. 180). These administrative motions are GRANTED. Toshiba's reply and Samsung's response are now due October 28, 2015. In addition to any other issues that Toshiba and Samsung may address in the reply and response, Toshiba and Samsung shall address whether the Court should order disclosure pursuant to a protective order.

The Court notes that neither Toshiba's motion for leave to file a reply nor Samsung's motion for leave to file a response is accompanied by a stipulation or by a declaration reflecting an attempt to meet and confer regarding these administrative motions. Counsel for Toshiba and Samsung are

admonished for their failure to comply with Northern District of California Civil Local Rule 7-11(a). In the future, all motions for administrative relief "must be accompanied . . . by either a stipulation under Civil L.R. 7-12 or by a declaration that explains why a stipulation could not be obtained." Civil L.R. 7-11(a).

All other pending motions shall be addressed by separate order.

**IT IS SO ORDERED.**

Dated: October 26, 2015

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

for

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2