UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMSUNG ELECTRONICS CO., LTD.,

Plaintiff,

v.

PANASONIC CORPORATION, et al.,

Defendants.

Case No. 10-cv-03098-JSW

**ORDER VACATING HEARINGS**

Re: Dkt. Nos. 172, 184, 187, 189

Pursuant to Civil Local Rule 7-1(b), the Court finds the following motions, which have been noticed for hearing on Friday, December 4, 2015 at 9:00 a.m. and Friday, December 18, 2015 at 9:00 a.m., are appropriate for decision without oral argument: Toshiba Corporation's motion to intervene and stay proceedings pending arbitration (Docket No. 172); Defendants' cross-motion to stay litigation pending arbitration (Docket No. 184); Plaintiff's motion to set a case management conference and to lift the discovery stay (Docket No. 187); and Defendants' motion to dismiss (Docket No. 189). Accordingly, the Court VACATES the December 4, 2015 and December 18, 2015 hearings in this case. The pending motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: December 1, 2015

_____
JEFFREY S. WHITE
United States District Judge